IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LANCE BROWN, on behalf of himself and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MANUFACTURERS AND TRADERS TRUST COMPANY D/B/A M&T BANK,<br><br>Defendant. | Civil Action No. 2:23-cv-03026 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Lance Brown ("Plaintiff") and Defendant Manufacturers and Traders Trust Company d/b/a M&T Bank ("Defendant"), by and through their undersigned counsel, hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that: (1) all of Plaintiff's claims in this action are hereby dismissed with prejudice, with each party to bear their own costs and fees and (2) the class claims brought by Plaintiff in this action on behalf of those similarly situated are hereby dismissed without prejudice, with each party to bear their own costs and fees.

**THE DANN LAW FIRM, PC**
*Attorneys for Plaintiff*

By: *Javier L. Merino*
Javier L. Merino, Esq.
Andrew R. Wolf, Esq.
1520 U.S. Highway 130, Suite 101
North Brunswick, NJ 089002
Telephone: (201) 355-3440
Fax: (206) 373-0536
jmerino@dannlaw.com
awolf@dannlaw.com

Dated: March 4, 2024

**PARKER IBRAHIM & BERG LLP**
*Attorneys for Defendant*

By: /s/ James P Berg
James P. Berg, Esq.
Scott W. Parker, Esq.
Fred W. Hoensch, Esq.
Marissa Edwards, Esq.
270 Davidson Avenue,
Somerset, New Jersey 08873
Telephone: (908) 725-9700
Fax: (908) 333-6230
james.berg@piblaw.com
scott.parker@piblaw.com
fred.hoensch@piblaw.com
marissa.edwards@piblaw.com

Dated: March 8, 2024

SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 4/3/24